UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE DOE,

    Plaintiff,                 Case No. 15-cv-10724

v.                         HONORABLE STEPHEN J. MURPHY, III

MAMOUN DABBAGH,

    Defendant.
_____/

## ORDER TO MEDIATE

    It is apparent to the Court that the parties would benefit from mediation. Both parties have important reputation and privacy interests at stake in the litigation. The Court would like to give both sides the opportunity to resolve their dispute privately, without the transparency and publicity that attends litigation. The Court will therefore order the parties to attend mediation with Patrick Seyferth, from the law firm Bush Seyferth & Page, PLLC, pursuant to Local Rule 16.4. Upon receipt of this Order, the parties should immediately contact Mr. Seyferth at seyferth@bsplaw.com.

    **SO ORDERED**.

                                       s/Stephen J. Murphy, III
                                       STEPHEN J. MURPHY, III
                                       United States District Judge

Dated: February 16, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 16, 2016, by electronic and/or ordinary mail.

                                       s/Carol Cohron
                                       Case Manager