## EXHIBIT LIST

| | |
|---|---|
| A | Plaintiff's Affidavit |
| B | Complaint |
| C | Dabbagh's Deposition Transcript |
| D | Text Messages |
| E | Dabbagh's Interrogatory Responses |
| F | Contact Data |
| G | Phone Scripts |
| H | Mark White's License |
| I | *State Farm Bank, FSB v Sloan* |
| J | *Walker v. Brooke Corp* |
| K | *RBS Citizens, NA v. M-59 Tel. Petro. LLC* |
| L | DEA Schedule |
| M | Medication Guide Excerpt |
| N | *Pena Canal v. de la Rosa Dann* |
| O | Medical Records |
| P | *Steelman v. Thomas* |